# **EXHIBIT A-1**

**Red Hills Term Sheet**

**RESTRUCTURING OF SECURED LOAN**
**SUMMARY OF PRINCIPAL TERMS AND CONDITIONS**

**DRALA MOUNTAIN CENTER**

**May 27, 2022**

*This term sheet is intended for purposes of settlement discussions only and is non-binding. The proposals contained herein are subject to Rule 408 of the Federal Rules of Evidence and, among other things, the negotiation, documentation, and execution of definitive documentation. Only the execution and delivery of definitive documentation and the approval of the Bankruptcy Court shall result in any binding or enforceable obligations of any party to the transactions described herein.*

*This term sheet does not constitute an offer or solicitation with respect to any restructuring plan of the Debtor. Any such offer or solicitation shall comply with all applicable provisions of the Bankruptcy Code.*

| | |
|---|---|
| DMC Fundraising: | DMC has a $500,000 commitment from the Pema Chodron Foundation, conditioned on raising an additional $500,000 in matching donations. At present, DMC has $260,000 of matching funds in escrow *plus* commitments in hand for more than $240,000 in additional matching funds. DMC, therefore, expects to have $500,000 in matching funds prior to the Plan Effective Date. DMC intends to launch an additional fundraising campaign contemporaneously with the confirmation of its plan of reorganization with a fund raising target of an additional $500,000, the proceeds of which will be used for operations and debt repayment / debt service. Receipt of $500,000 in matching funds and the launch of the 2022 Campaign will satisfy conditions for release of the Pema Chodron Foundation commitment. |
| Debt Repayment: | DMC will make a $1,000,000 Plan Effective Date payment on Red Hills Secured Debt ("Effective Date Payment"). |

Other Terms for the Restructured Debt Will Be as Follows:

| | |
|---|---|
| Borrower: | Drala Mountain Center |
| Lender: | RH Fund XXII LLC |
| Consolidated / Restructured Note: | Consolidated Promissory Note, dated as of July 29, 2015, between Borrower and Lender (as assignee of Wells Fargo Bank, N.A.) will be restructured as a Restructured Promissory Note with a principal amount equal to: (i) all principal and accrued interest at the non-default contractual rate (6.25%) as of the Plan Effective Date, plus (ii) up to |

$[____] of reimbursable attorneys' fees and costs incurred through the Plan Effective Date, minus (iii) the amount of the Effective Date Payment. The Restructured Promissory Note shall be evidenced by a promissory note containing commercially reasonable and customary terms; provided, that all defaults shall be subject to notice and a 30-day cure period.

| | |
|---|---|
| Closing Date: | Plan Effective Date. |
| Maturity Date: | Sixth anniversary of the Plan Effective Date; provided, that the Maturity Date shall be automatically extended to (i) the Seventh anniversary of the Plan Effective Date (the "Initial Maturity Date Extension) if the Debtor makes a voluntary prepayment totaling $250,000 (not including the Effective Date Payment or required quarterly principal payments) within ninety (90) days of the Maturity Date, and (ii) the Eighth anniversary of the Plan Effective Date if the Maturity Date has previously been extended to the Eighth anniversary of the Plan Effective Date and the Debtor makes a voluntary prepayment totaling $250,000 (not including the Effective Date Payment, required quarterly principal payments, or the $250,000 voluntary payment in connection with the Initial Maturity Date Extension) within ninety (90) days of the Eighth anniversary of the Plan Effective Date. |
| Interest Rate: | Interest accruing on the Restructured Promissory Note shall either be a fixed interest rate per annum of 6.25 or the Prime Rate plus a margin of 1%,.Such interest shall be computed on the basis of a year consisting of 360 days and paid for the actual number of days in each month. |
| | Lender shall be entitled to default interest of 4%, in addition to the non-default interest rate above, following a post-restructuring Event of Default upon written demand. |
| Interest Payments: | Interest from the Plan Effective Date through and including June 30, 2023, will be paid monthly in arrears, $5,000 in cash and the balance added to principal on each interest payment date. Thereafter, interest will be paid in full in cash monthly in arrears. |
| Amortization: | Principal payments of $25,000 per quarter, beginning on the first day of the calendar quarter following the second anniversary of the Plan Effective Date. All remaining principal shall be due and payable on the maturity date. |
| Effective Date Payment: | As provided above. |
| Accrued Interest: | As provided above. |

| | |
|---|---|
| Prepayment: | Principal may be prepaid at any time without premium or penalty. For every prepayment during the first two years of the term of the loan, not including the Effective Date Payment or required quarterly principal payments, Red Hills will discount / waive an amount equal to twenty percent (20%) of the amount prepaid, up to a total allowable discount of $100,000.00 ("Red Hills Donation"). Consistent with applicable law related to charitable donations, DMC will provide Red Hills with an acknowledgment of the amount of the Red Hills Donation received in 2022, 2023, and 2024. |
| Liens: | The Wells Fargo Deeds of Trust will be modified to correct an error in the July 2015 Modification of Deed of Trust that inadvertently changed the description of the mortgaged property by (i) removing the Campfire Council Parcel (NW¼ NW¼) and Mildred Mason Parcel (NE¼ NW¼), and (ii) adding two parcels of land belonging to Shambhala USA. This modification will conform the real estate pledged under the Deeds of Trust to the real estate appraised in the Wells Fargo and DMC appraisals. DMC shall grant liens against all of its personal property including, but, not limited to, accounts, inventory, and general intangibles, provided that collateral shall not include deposit accounts, cash, or donations (whether in the form of cash, securities, or other property). Loan covenants shall not restrict use or disposition of personal property and security interests shall be deemed released upon dispositions of personal property. |
| Waivers: | All existing defaults under the Consolidated Note shall be waived as of the Plan Effective Date. |