# **EXHIBIT A-5**

**Security Agreement Amendment**

[Form]

**FIRST AMENDMENT TO AMENDED AND RESTATED SECURITY AGREEMENT**

THIS FIRST AMENDMENT TO AMENDED AND RESTATED SECURITY AGREEMENT (this "Amendment") is made as of [_____], 2022, by DRALA MOUNTAIN CENTER (F/K/A SHAMBHALA MOUNTAIN CENTER), a Colorado non-profit corporation ("Debtor"), for the benefit of RH FUND XXII LLC, a Nevada limited liability company (the "Secured Party").

## RECITALS

A. Debtor and Wells Fargo Bank, National Association ("Wells Fargo") have entered into that certain Amended and Restated Security Agreement dated as of July 11, 2019 (as amended, restated, supplemented, or otherwise modified from to time to time, the "Security Agreement"), pursuant to which Debtor granted to Wells Fargo a continuing security interest to the Collateral as defined therein.

B. On or about May 11, 2021 Wells Fargo assigned to Secured Party all of Wells Fargo's interest in the Security Agreement.

C. On February 18, 2022, Shambhala Mountain Center filed Articles of Amendment with the Colorado Secretary of State to change its name to "Drala Mountain Center".

D. Debtor and Secured Party have entered into that certain Restructuring Agreement, dated as of [_____], 2022 (as amended, restated, supplemented, or otherwise modified from to time to time, the "Restructuring Agreement").

E. In connection with the Restructuring Agreement, Debtor and Secured Party desire to make certain revisions to the Security Agreement, subject to the conditions and in reliance upon the representations and warranties set forth below.

In consideration of the foregoing recitals and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged:

1. The introductory paragraph to the Security Agreement is hereby amended as follows:

    a. The definition of "Debtor" is hereby amended to delete "SHAMBHALA MOUNTAIN CENTER" and replace it with "DRALA MOUNTAIN CENTER (F/K/A SHAMBHALA MOUNTAIN CENTER)".

    b. The definition of "Secured Party" is hereby amended to delete "WELLS FARGO BANK, NATIONAL ASSOCIATION, whose address is 1740 Broadway, MAC C7300-079, Denver, CO 80274" and replace it with "RH FUND XXII LLC, a Nevada limited liability company, whose address is 8375 SW Beaverton Hillsdale Hwy, Suite 200, Portland, OR 97225".

2. Section 9 of the Security Agreement is hereby amended by adding the following at the end of such section:

"Notwithstanding anything to the contrary in this Agreement:

(i) Except during the occurrence and continuance of an Event of Default, Debtor shall be permitted, in its sole discretion, without restriction, to use, sell, transfer, or otherwise dispose of any of its personal property constituting Collateral and Proceeds thereof, and to commingle the Collateral and the Proceeds thereof with other property.

(ii) The Collateral shall not include any deposit accounts, cash, or donations (whether in the form of cash, securities, or other property).

(iii) Upon any sale, transfer, or other disposition by Debtor of personal property constituting Collateral and Proceeds thereof, Secured Party's liens on such Collateral and such Proceeds shall be automatically released. Upon Debtor's reasonable request, Secured Party agrees to execute and deliver any agreements, documents, or instruments, and to take any action necessary or reasonably desirable to evidence such release."

3. Debtor represents and warrants that it is duly authorized to enter into this Amendment.

4. Except as amended by this Amendment and the Restructuring Agreement, the Security Agreement is hereby ratified and reaffirmed and shall remain in full force and effect. This Amendment is not a novation and the terms and conditions of this Amendment shall be in addition to and supplemental to all terms and conditions set forth in the Security Agreement.

5. This Amendment may be executed in any number of counterparts and all of such counterparts taken together shall be deemed to constitute one and the same instrument.

6. This Amendment and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of Colorado.

[Signatures on the following pages]

IN WITNESS WHEREOF, Debtor and Secured Party have caused this Amendment to be executed as of the day and year first written above.

<u>Debtor</u>:

DRALA MOUNTAIN CENTER (f/k/a Shambhala Mountain Center),
a Colorado non-profit corporation

By: _____
Name: _____
Its: _____

3

<u>Secured Party</u>:

RH FUND XXII LLC,
a Nevada limited liability company

By: _____
Name: _____
Title: _____