# **EXHIBIT B**

**Restructured SUSA Note**

[Form]

## AMENDED AND RESTATED CONSOLIDATED PROMISSORY NOTE

**$230,000.00** [_____], 2022

FOR VALUE RECEIVED, Drala Mountain Center (f/k/a Shambhala Mountain Center), a Colorado nonprofit corporation (the "Borrower"), promises to pay to the order of Shambhala USA, a Colorado nonprofit corporation (the "Lender"), at 2178 Gottingen Street, Halifax, Nova Scotia, B3K 3B4, or such other place as the Lender may designate in writing, the principal amount of Two Hundred Thirty Thousand Dollars ($230,000.00), with interest at the rate of zero percent (0.00%) per annum.

The entire principal of this Note shall be due and payable on demand after the payment in full of all amounts (i) due to RH Fund XXII LLC under the Amended and Restated Promissory Note, dated as of [___], 2022, by the Borrower in favor of RH Fund XXII LLC (as amended, restated, supplemented, or otherwise modified from time to time, the "Senior Note") and (ii) due to all other creditors under the *Debtor's Plan of Reorganization*, filed in the Borrower's Subchapter V case, In re Drala Mountain Center (f/k/a Shambhala Mountain Center), Case No. 22-10656 (JGR), in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court") and confirmed by the Bankruptcy Court on [____], 2022 or [___], 2022,[1] whichever is sooner. Prepayment of principal in whole, or in part, may be made from time to time without premium or penalty.

The Borrower and Lender hereby agree that this Note amends and restates in their entirety the Promissory Note, dated October 31, 2019, in the principal amount of $150,000, and the Promissory Note, dated January 31, 2020, in the principal amount of $80,000.

The Borrower hereby waives demand, presentment, notice of dishonor and protest, and assents to any extension or postponement of the time of payment which may be given for this Note.  No waiver of any payment or other right under this Note shall operate as a waiver of any other payment or right, including the right of setoff.  If the Lender enforces this Note upon default, all reasonable expenses incurred in establishing the debt and collecting the amount due, including, without limitation, reasonable attorneys' fees and all other costs of collection, shall be deemed to be additional indebtedness owing under this Note.

To the extent requested by any lender refinancing the Senior Note, the Lender hereby agrees to enter into an agreement to extend the date for payment of this Note, to modify this Note, or subordinate this Note to such refinancing debt.

This is not a consumer transaction. This Note is unsecured.  This Note is executed and delivered in the State of Colorado and shall be construed under and governed by the laws of Colorado.  The Lender and the Borrower agree to submit to the jurisdiction of the courts of Larimer County, Colorado.

[*signature page follows*]

---

[1] [Maturity Date shall be the eighth anniversary of the Effective Date of the Plan.]

Borrower:

DRALA MOUNTAIN CENTER

By: _____
    Name: Michael Gayner
    Title: Executive Director

Lender:

SHAMBHALA USA

By: _____
    Name:
    Title:

[Signature Page to Amended and Restated Consolidated Promissory Note]