## **EXHIBIT C**

**Restructured Owens Note**

[Form]

## AMENDED AND RESTATED CONSOLIDATED PROMISSORY NOTE
## (OWENS)

$[_____][1]                                                                                         [_____], 2022

FOR VALUE RECEIVED, Drala Mountain Center (f/k/a Shambhala Mountain Center), a Colorado nonprofit corporation (the "Borrower"), promises to pay to the order of Felice Owens (the "Lender"), at 4521 Peach Way, Boulder, CO 80301, or such other place as the Lender may designate in writing, the principal amount of [_____] ($[_____]), with interest at the rate of five percent (5.00%) per annum.

This Note shall be amortized over the five year period beginning on the date of this Note and ending on [_____], 2027 (the "Maturity Date").  The principal and interest on this Note shall be payable in equal quarterly installments on the last business day of each calendar quarter, beginning on [_____], 2022.[2]  All remaining unpaid principal and interest on this Note shall be due and payable in full on the Maturity Date.  Prepayment of principal in whole, or in part, may be made from time to time without premium or penalty.

The Borrower and Lender hereby agree that this Note amends and restates in their entirety (i) the Promissory Note, dated February 14, 2020, in the principal amount of $45,992.23 (as modified by the Agreement to Modify Promissory Note, dated August 30, 2021) and (ii) the Promissory Note, dated February 25, 2021, in the original principal amount of $35,000 (of which the principal amount of $25,406.96 was outstanding immediately prior to the date of this Note).

The Borrower hereby waives demand, presentment, notice of dishonor and protest, and assents to any extension or postponement of the time of payment which may be given for this Note.  No waiver of any payment or other right under this Note shall operate as a waiver of any other payment or right, including the right of setoff.  If the Lender enforces this Note upon default, all reasonable expenses incurred in establishing the debt and collecting the amount due, including, without limitation, reasonable attorneys' fees and all other costs of collection, shall be deemed to be additional indebtedness owing under this Note.

This Note is secured by a first lien on the Amitabha thangka located in the library of the Sacred Studies Building at Drala Mountain Center, 151 Shambhala Way, Red Feather Lakes, CO 80545.

This is not a consumer transaction. This Note is executed and delivered in the State of Colorado and shall be construed under and governed by the laws of Colorado.  The Lender and the Borrower agree to submit to the jurisdiction of the courts of Larimer County, Colorado.

[*signature page follows*]

---

[1] Amount to equal all principal and accrued interest at the non-default contractual rate (5%) of the Owens Claim as of the Effective Date of the Plan.

[2] Date to be the last business day of the first full calendar quarter following the Effective Date of the Plan.

Borrower:

DRALA MOUNTAIN CENTER

By: _____
      Name: Michael Gayner
      Title: Executive Director

Lender:

FELICE OWENS

_____

[Signature Page to Amended and Restated Consolidated Promissory Note]