## **EXHIBIT E**

**Projected Disposable Income**

**Shambhala Mountain Center**
**Summarized Profit & Loss Projections (2021-2027)**    7/11/2022
Version: Proposed Plan

|  | 2018 | 2019 | 2020 | 2021 | Projections 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Statistics** | | | | | | | | | | |
| Rental - Bed Nights | 5,118 | 5,202 | 530 | 2,010 | 7,652 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Hosted Programs Attendees - Bed Nights | 16,165 | 11,728 | 1,238 | 4,016 | 8,208 | 14,300 | 14,300 | 14,300 | 14,300 | 14,300 |
| Employee (Avg in Residence) | 42 | 41 | 25 | 15 | 33 | 37 | 37 | 37 | 37 | 37 |
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| **Development Income** | | | | | | | | | | |
| Contributions | 988,335 | 658,147 | 1,669,485 | 465,591 | 500,000 | 550,000 | 605,000 | 635,250 | 667,013 | 700,363 |
| Donation Boxes | 27,493 | 22,042 | 1,097 | 7,563 | 19,825 | 27,875 | 30,663 | 32,196 | 33,805 | 35,496 |
| Grants & Unique Donations | 400,848 | 9,602 | 173,733 | 2,007 | - | - | - | - | - | - |
| Development Income - Other | 10,608 | 3,266 | 1,920 | 34,069 | - | - | - | - | - | - |
| **Total Development Income** | 1,427,284 | 693,057 | 1,846,234 | 509,229 | 519,825 | 577,875 | 635,663 | 667,446 | 700,818 | 735,859 |
| **Operating Income** | | | | | | | | | | |
| Tuition | 611,870 | 498,905 | 81,377 | 336,341 | 369,360 | 643,500 | 707,850 | 743,243 | 780,405 | 819,425 |
| Rental Fees | 576,192 | 668,922 | 64,281 | 256,250 | 956,500 | 1,024,000 | 1,126,400 | 1,182,720 | 1,241,856 | 1,303,949 |
| Rental - Other | 80,828 | 117,576 | 185,478 | 105,480 | - | - | - | - | - | - |
| Lodging | 1,667,016 | 1,331,886 | 105,633 | 423,654 | 902,880 | 1,608,750 | 1,769,625 | 1,858,106 | 1,951,012 | 2,048,562 |
| Material Fees | | | | 5,879 | 25,855 | 45,045 | 49,550 | 52,027 | 54,628 | 57,360 |
| Media Sales | 1,294 | 394 | 127 | - | - | - | - | - | - | - |
| Merchandise Sales | 68,927 | 66,398 | (17,105) | 15,218 | 95,160 | 133,800 | 147,180 | 154,539 | 162,266 | 170,379 |
| Employee Fees | 189,302 | 184,343 | 94,273 | 67,550 | 143,250 | 163,875 | 180,263 | 189,276 | 198,739 | 208,676 |
| Other Operating Income | 83,312 | 57,353 | 13,346 | 13,009 | 20,000 | 20,000 | 22,000 | 23,100 | 24,255 | 25,468 |
| **Total 4300 · Operating Income** | 3,278,740 | 2,925,777 | 527,410 | 1,223,381 | 2,513,005 | 3,638,970 | 4,002,867 | 4,203,010 | 4,413,161 | 4,633,819 |
| Other Revenue | 53,400 | 58,867 | 41,810 | 35,915 | 76,618 | 107,015 | 117,717 | 123,602 | 129,783 | 136,272 |
| **Total Income** | 4,759,424 | 3,677,700 | 2,415,454 | 1,768,524 | 3,109,448 | 4,323,860 | 4,756,246 | 4,994,058 | 5,243,761 | 5,505,949 |
| **Gross Profit** | 4,759,424 | 3,677,700 | 2,415,454 | 1,768,524 | 3,109,448 | 4,323,860 | 4,756,246 | 4,994,058 | 5,243,761 | 5,505,949 |
| **Expense** | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | |
| **Personnel** | | | | | | | | | | |
| Salaries, Wages & OT | 1,391,307 | 1,372,112 | 853,626 | 901,119 | 1,552,252 | 1,668,138 | 1,751,544 | 1,839,122 | 1,931,078 | 2,027,632 |
| PR Taxes, Costs & Benefits | 201,262 | 186,356 | 110,320 | 188,073 | 2,400 | 2,400 | 2,520 | 2,646 | 2,778 | 2,917 |
| Contract Labor | 41,526 | 31,680 | 6,935 | 20,592 | 33,000 | 33,000 | 34,650 | 36,383 | 38,202 | 40,112 |
| **Total Personnel** | 1,634,095 | 1,590,148 | 970,882 | 1,109,785 | 1,587,652 | 1,703,538 | 1,788,714 | 1,878,150 | 1,972,058 | 2,070,661 |
| **Operations** | | | | | | | | | | |
| Advertising | 11,628 | 10,245 | 5,635 | 5,924 | 9,800 | 9,800 | 10,290 | 10,805 | 11,345 | 11,912 |
| Bad Debt | 5,081 | 22,273 | 33,913 | - | - | - | - | - | - | - |
| Communications | 62,042 | 40,091 | 42,801 | 70,088 | 64,320 | 64,320 | 67,536 | 70,913 | 74,458 | 78,181 |
| Food & Beverage | 525,450 | 440,968 | 135,077 | 175,907 | 389,872 | 503,454 | 528,627 | 555,058 | 582,811 | 611,951 |
| Honorariums | 314,934 | 341,664 | 48,578 | 129,617 | 203,148 | 353,925 | 389,318 | 408,783 | 429,223 | 450,684 |
| Insurance | 130,324 | 197,360 | 228,496 | 378,342 | 455,956 | 455,956 | 478,753 | 502,691 | 527,825 | 554,217 |
| Maintenance & Repairs | 61,262 | 51,929 | 25,419 | 45,129 | 53,000 | 53,000 | 55,650 | 58,432 | 61,354 | 64,422 |
| Management Fees | 57,295 | 61,889 | 8,000 | - | - | - | - | - | - | - |
| Materials - Programs | 60,327 | 13,951 | - | 3,170 | | | | | | |
| Merchant Service Fees | 91,595 | 71,930 | 30,643 | 41,953 | 52,861 | 73,506 | 80,856 | 84,899 | 89,144 | 93,601 |
| Printing & Mailing | 51,855 | 38,186 | 624 | 1,330 | 2,400 | 2,400 | 2,520 | 2,646 | 2,778 | 2,917 |
| Professional & Consulting | 57,284 | 51,979 | 37,928 | 125,655 | 91,600 | 71,600 | 75,180 | 78,939 | 82,886 | 87,030 |
| Program Credits | 44,384 | 21,685 | 4,396 | - | - | - | - | - | - | - |
| Rent/Rentals | 36,167 | 38,365 | 27,774 | 29,599 | 91,846 | 58,220 | 61,131 | 64,188 | 67,397 | 70,767 |
| Supplies - Program | 11,477 | 11,500 | 415 | 6,433 | 3,694 | 6,435 | 7,079 | 7,432 | 7,804 | 8,194 |
| Supplies/Materials/Tools | 117,430 | 88,657 | 26,267 | 53,234 | 53,009 | 63,004 | 66,154 | 69,462 | 72,935 | 76,582 |
| Travel | 66,074 | 74,330 | 2,698 | 11,455 | 11,081 | 19,305 | 21,236 | 22,297 | 23,412 | 24,583 |
| Utilities | 236,395 | 234,922 | 153,021 | 150,773 | 199,133 | 232,425 | 244,046 | 256,249 | 269,061 | 282,514 |
| Other/Misc Op Expenses | 163,657 | 136,688 | 73,713 | 29,601 | 37,252 | 37,252 | 39,115 | 41,070 | 43,124 | 45,280 |
| Contingency | | | | | 66,100 | 74,100 | 78,300 | 82,300 | 86,300 | 90,700 |
| **Total Operations** | 2,104,659 | 1,948,610 | 885,397 | 1,258,211 | 1,785,071 | 2,078,701 | 2,205,790 | 2,316,164 | 2,431,858 | 2,553,536 |
| **Total Operating Expenses** | 3,738,754 | 3,538,758 | 1,856,279 | 2,367,995 | 3,372,723 | 3,782,239 | 3,994,504 | 4,194,315 | 4,403,915 | 4,624,196 |
| Other | 10,608 | - | - | - | (0) | (0) | 0 | 0 | (0) | (0) |
| **Total Expense** | 3,749,362 | 3,538,758 | 1,856,279 | 2,367,995 | 3,372,723 | 3,782,239 | 3,994,504 | 4,194,315 | 4,403,915 | 4,624,196 |
| **Net Operating CF** | 1,010,062 | 138,942 | 559,175 | (599,471) | (263,274) | 541,621 | 761,742 | 799,744 | 839,846 | 881,753 |

**Shambhala Mountain Center**
**Summarized Profit & Loss Projections (2021-2027)**   7/11/2022

Version: Proposed Plan

|  | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | *Projections* | | | | | |
| Other Sources of Cash |  |  |  |  | 526,858 | - | - | - | - | - |
| Other Uses of Cash |  |  |  |  |  |  |  |  |  |  |
| Capital Expenditures from Op CF |  |  |  |  | (173,903) | (300,000) | (350,000) | (400,000) | (450,000) | (500,000) |
| Plan Conf: Admin Convenience Claims |  |  |  |  | (46,409) |  |  |  |  |  |
| Plan Conf: Professional Fees/Admin Exp |  |  |  |  | - |  |  |  |  |  |
| Debt Service to Red Hills |  |  |  |  | (60,000) | (140,704) | (317,977) | (311,644) | (305,311) | (298,977) |
| Pymts to Unsecured Creditors |  |  |  |  | (8,740) | (34,960) | (34,960) | (34,960) | (34,960) | (26,220) |
| **Cash Flow After Debt Service** | 1,010,062 | 138,942 | 559,175 |  | **(25,468)** | **65,957** | **58,805** | **53,140** | **49,576** | **56,556** |
| **Cash Account Balances** |  |  |  |  |  |  |  |  |  |  |
| Operating Account |  |  |  |  |  |  |  |  |  |  |
| Beginning Balance |  |  |  |  | 360,533 | 355,624 | 410,582 | 457,286 | 497,722 | 533,957 |
| Ending Balance |  |  |  | 360,533 | 355,624 | 410,582 | 457,286 | 497,722 | 533,957 | 576,506 |
| Restricted Account |  |  |  |  |  |  |  |  |  |  |
| Beginning Balance |  |  |  |  | 452,746 | 177,711 | 53,711 | 20,811 | 13,516 | 14,856 |
| Ending Balance |  |  |  | 452,746 | 177,711 | 53,711 | 20,811 | 13,516 | 14,856 | - |
| Restricted Brokerage Account |  |  |  |  |  |  |  |  |  |  |
| Beginning Balance |  |  |  |  | 142,397 | - | - | - | - | - |
| Ending Balance |  |  |  | 142,397 | - | - | - | - | - | - |