**EXHIBIT F**

**Liquidation Analysis**

**Drala Mountain Center**
**Asset Liquidation Analysis**
As of 6/21/2022



| 206 Ref# | Asset Description | Original Book Value | Recent Valuation | Est. Valuation from Liquidation Low | Est. Valuation from Liquidation High | Comments |
|---|---|---|---|---|---|---|
| | **REAL & PERSONAL PROPERTY ASSETS** | | | | | |
| 1.a | **Real Property (4921 CR 68C & 5230-34 W CR #68C)** | | | | | A recent appraisal by DRM Real Estate Advisors, LLC provided |
| | Land | 1,258,054 | | | | a valuation as of May 18, 2022, which included all of the |
| | Land Improvements | 4,318,408 | | | | debtor's real property and the furniture, fixtures & |
| | Buildings & Improvements | 9,235,235 | | | | equipment necessary for the operation fo the facility. |
| | Total | 14,811,697 | 6,840,000 | 5,814,000 | 6,498,000 | |
| | | | | 85% | 95% | |
| | **Personal Property** | | | | | It is assumed that multiple bidders would participate in a public auction |
| Part 7, 39 | Equipment | 472,996 | | | | conducted by a professional auctioneer experienced in real estate sales. |
| Part 7, 39 | Furniture & Fixtures | 244,563 | | | | Bidders should be able to participate in person or online. |
| | Less: Depreciation | (593,683) | | | | |
| | Total | 123,876 | 360,000 | 306,000 | 342,000 | |
| | | | | 85% | 95% | |
| Part 8, 47 | **Vehicles** | | | | | |
| | 2001 Ford Escape XLS (VIN #6520) | | 2,089 | 1,957 | 2,976 | All Automobiles & Trucks are valued at prices as per Kelly Blue Book, |
| | 1996 Ford F-250 (VIN #5963) | | 3,518 | 2,904 | 5,229 | for sale by Dealer. It is assumed that a vehicle auction would occur |
| | 2004 Honda Odyssey EX (VIN# 9537) | | 3,380 | 3,515 | 4,872 | online by a professional auctioneer experienced in vehicle sales. |
| | 1997 GMC Sierra 2500 (VIN #3067) | | 2,738 | 2,608 | 4,273 | |
| | 2001 Toyota Tundra Ltd (VIN #0740) | | 8,044 | 5,945 | 8,278 | |
| | 2021 Subaru Crosstrek (VIN #9534) | | 16,035 | 21,603 | 23,032 | |
| | 2001 Honda CRV (VIN #8784) | | 3,444 | 3,585 | 4,962 | |
| | 2000 Toyota Rav4 (VIN #6884) | | 3,426 | 3,634 | 5,013 | |
| | 1989 Chev C/K 1500 (VIN #0929) | | 250 | 300 | 600 | |
| | 2001 Chev Venture (VIN #4167) | | 1,818 | 1,474 | 3,310 | |
| | 1988 Ford F-150 Lariat (VIN# n.a.) | | 250 | 300 | 600 | |
| | 1989 GMC S-15 (VIN #4657) | | 250 | 300 | 600 | |
| | 1992 Jeep Cherokee Laredo (VIN #8513) | | 2,715 | 1,794 | 3,845 | |
| | 2015 Massey Ferguson 206E 4wd | | 20,000 | 23,000 | 28,000 | |
| | 2002 Nissan Xterra (VIN #5646) | | 3,086 | 3,320 | 5,293 | |
| | 1993 Nissan Pathfinder SE (VIN #2260) | | 1,754 | 1,385 | 2,942 | |
| | 2001 Toyota Sienna | | 2,476 | 2,918 | 4,241 | |
| | 2008 Polaris ATV Sportsman 500 EFI (#3102) | | 3,000 | 2,650 | 3,485 | Per NADA / JD Powers |
| | 1982 Toyota Land Cruiser (VIN #7246) | | 250 | 300 | 600 | |
| | 1993 Toyota Land Cruiser (VIN #1384) | | 4,740 | 4,195 | 6,918 | |
| | 1995 Jeep Grand Cherokee Laredo (VIN #6069) | | 2,454 | 1,963 | 3,583 | |
| | 1985 Toyota Land Cruiser (VIN #0944) | | 250 | 300 | 600 | |
| | 2004 Toyota Sienna AWD (VIN #3351) | | 4,338 | 4,883 | 6,476 | |
| | Less Depreciation: | n.a. | | | | |
| | Total | 168,361 | 90,305 | 94,833 | 129,728 | |
| | **Collectibles** | | | | | |
| | Listed per SOFA Schedule 1 - Itemized List of Collectibles | | | _20%_ | _100%_ | An auction of these items should be conducted by an experienced |
| | Calligraphies | | 3,200 | 640 | 3,200 | auctioneer familiar with these collectible items publicized to a national |

**Drala Mountain Center**
**Asset Liquidation Analysis**
As of 6/21/2022



| 206 Ref# | Asset Description | Original Book Value | Recent Valuation | Est. Valuation from Liquidation | | Comments |
|---|---|---|---|---|---|---|
| | | | | Low | High | |
| | Thangkas & Paintings | | 82,700 | 16,540 | 82,700 | audience. |
| | Loaned Assets Inventory | 12,000 | 25,000 | 5,000 | 25,000 | |
| | Miscellaneous | | 16,230 | 3,246 | 16,230 | |
| | Total | | | 25,426 | 127,130 | |
| | **Inventory - Gift Shop** | | | | | |
| Part 5, 22 | Inventory as of 3/2/2021 | 139,588 | 319,358 | 105,388 | 159,679 | |
| | | | | 33% | 50% | |
| | **TOTAL REAL & PERSONAL PROPERTY ASSETS** | | | | | |
| | Total Liquidation Value | | | 6,345,647 | 7,256,537 | |
| | Less Commissions & Closing Fees | | 8 to 15% | (951,847) | (580,523) | |
| | **Total** | | | **5,393,800** | **6,676,014** | |
| **CURRENT ASSETS** | | | | | | |
| | **Cash & Marketable Securities** | | | | | |
| | Estimated Cash Balances | | | | 500,000 | |
| Part 4, 14 | Selectis Health, Inc Common Stock (9,000 GBCS shares) | | | | | |
| | Quote on OTC @ 5.20/share (6/21/22) | | | | 46,800 | |
| Part 3, 11 | **Accounts Receivable** | | | | | |
| | Aged 0 to 90 days | estimated | 30,000 | 7,500 | 15,000 | Sold to factoring company |
| | Over 90 days | estimated | 30,000 | 7,500 | 15,000 | |
| | | | | 25% | 50% | |
| | **TOTAL CURRENT ASSETS** | | | **561,800** | **576,800** | |
| | **ESTIMATED TOTAL LIQUIDATION VALUE OF DEBTOR'S ASSETS** | | | **5,955,600** | **7,252,814** | |