## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

September 20, 2022

| | |
|---|---|
| In re:<br><br>**Drala Mountain Center**<br><br>**Employer's Tax Identification No.: 84-1535130**<br><br>Debtor. | Bankruptcy Case No. **22-10656-JGR**<br><br>Chapter 11 Subchapter V |

### JUDGMENT

This matter came before the Court on September 20, 2022 regarding Confirmation of Debtor's Chapter 11 Plan of Reorganization filed July 28, 2022 (Doc. 225). The issues have been tried, heard and/or considered, and a decision has been rendered. In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Debtor's Chapter 11 Plan of Reorganization filed July 28, 2022 (Doc. 225) is hereby CONFIRMED.

Dated: September 20, 2022

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
S. Nicholls
Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
Joseph G. Rosania, Jr.,
U.S. Bankruptcy Judge