**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DRALA MOUNTAIN CENTER (f/k/a SHAMBHALA MOUNTAIN CENTER), a Colorado non-profit corporation

EIN: 84-1535130

　　　　　　Debtor.

Chapter 11, Subchapter V

Case No. 22-10656 (JGR)

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE AND CERTAIN DEADLINES

PLEASE TAKE NOTICE THAT on July 28, 2022, Drala Mountain Center (f/k/a Shambhala Mountain Center (the "Debtor") filed the *Debtor's Plan of Reorganization* [Docket No. 225] (the "Plan").[1]

PLEASE TAKE FURTHER NOTICE THAT on September 20, 2022, the Court entered its *Order Confirming Debtor's Plan of Reorganization* [Docket No. 272] (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE THAT the Plan became effective on **September 26, 2022**.

PLEASE TAKE FURTHER NOTICE THAT all holders of professional fee administrative expense claims shall file fee applications with the Court no later than **October 26, 2022** (the "Professional Claim Bar Date").

PLEASE TAKE FURTHER NOTICE THAT if you would like to obtain a copy of the Plan or the Confirmation Order, you should contact Ropes & Gray LLP, counsel to the Debtor, by: (a) emailing Ropes & Gray LLP at brcalendar@ropesgray.com; or (b) writing to Ropes & Gray LLP, Attn: Nova A. Alindogan, 1211 Avenue of the Americas, New York, New York 10036. You may also obtain copies of any pleadings filed in this Chapter 11 Case for a fee at https://www.cob.uscourts.gov.

PLEASE TAKE FURTHER NOTICE THAT the Plan and the Confirmation Order, including all settlements, compromises, discharges, and injunctions set forth therein, are binding upon the Debtor, all holders of claims (regardless of whether such holders have or are deemed to have accepted or rejected the Plan), and all other parties in interest subject to the Plan and the Confirmation Order.

---

[1] Capitalized terms not defined herein shall have their same meaning as set forth in the Plan.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 26, 2022<br>Boston, Massachusetts | ROPES & GRAY LLP<br><br>/s/ *Patricia I. Chen*<br>James M. Wilton<br>Patricia I. Chen<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>Email: james.wilton@ropesgray.com<br>Email: patricia.chen@ropesgray.com<br><br>-and-<br><br>MARKUS WILLIAMS YOUNG & HUNSICKER LLC<br>James T. Markus<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203<br>Phone: 303-866-0102<br>Email: jmarkus@markuswilliams.com<br><br>*Counsel to the Debtor* |