UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DRALA MOUNTAIN CENTER (f/k/a SHAMBHALA MOUNTAIN CENTER), a Colorado non-profit corporation<br><br>EIN: 84-1535130<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 22-10656 (JGR) |

## Local Bankruptcy Form 3022-1.1
**Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)**

**Complete applicable sections.**

### Part 1   Report and Motion

Comes now the debtor, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;
2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A/B, attached hereto;
3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule A/B attached hereto;
4. That the debtor or the successor has assumed the business or the management of the property dealt with by the plan as applicable;
5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and
6. That all motions, contested matters, and adversary proceedings have been finally resolved, except as noted below.[1]

WHEREFORE the debtor herein prays for the entry of the Final Decree pursuant to Fed. R. Bankr. P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

### Part 2   Signature of Debtor's Attorney

Dated:  January 23, 2023
         Boston, Massachusetts

ROPES & GRAY LLP

*/s/ Patricia I. Chen*
Patricia I. Chen
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Email:  patricia.chen@ropesgray.com

---

[1] On September 14, 2022, Philip Bralich ("Mr. Bralich") appealed this Court's order and judgment [Docket Nos. 244 and 245] denying Mr. Bralich's *Motion in Opposition to Debtor in Possession for Cause* [Docket No. 231]. On November 16, 2022, the United States Bankruptcy Appellate Panel of the Tenth Circuit (the "BAP") dismissed the appeal for lack of jurisdiction as constitutionally and equitably moot. On December 15, 2022, Mr. Bralich appealed the BAP's order to the Tenth Circuit. As of the date of this Motion, the appeal in the Tenth Circuit remains pending. The Debtor intends to request dismissal of the appeal in the Tenth Circuit as constitutionally and equitably moot.

-and-

MARKUS WILLIAMS YOUNG & HUNSICKER LLC
James T. Markus
1775 Sherman Street, Suite 1950
Denver, CO 80203
Phone: 303-866-0102
Email: jmarkus@markuswilliams.com

*Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DRALA MOUNTAIN CENTER (f/k/a SHAMBHALA MOUNTAIN CENTER), a Colorado non-profit corporation<br><br>EIN: 84-1535130<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 22-10656 (JGR) |

**Capitalized terms used but not defined herein shall have the meanings given to such term in the plan.**

**SCHEDULE A/B**

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distribution |
|---|---|---|
| Payment for Priority Tax Claims | $30,441.34 | $30,441.34 (estimated to be made on February 28, 2023) |
| Payment for Red Hills Claim | $4,427,007.19 | Execution of Amended Red Hills Loan Documents $1,020,000.00 (consisting of the Effective Date Payment of $1,000,000 and payments to date under the Amended Red Hills Loan Documents) |
| Payment for First Insurance Funding Claim | $140,198.05 | $77,727.33 (consisting of payments to date under the insurance premium finance agreements) |
| Payment for Highroad Secured Trade Claim | $8,000.00 | $8,000.00 |
| Payment for Owens Claim | $78,871.50 | Execution of Restructured Owens Note $4,483.84 (consisting of payments to date under the Restructured Owens Note) |
| Payment for Unsecured Claims (other than SUSA Claim) | $76,018.28 | Execution of Restructured Unsecured Notes $4,321.63 (consisting of payments to date under the Restructured Unsecured Notes) |
| Payment for SUSA Claim | $230,000.00 | Execution of Restructured SUSA Note |
| Payment for Administrative Convenience Claims | $46,408.70 | $36,929.88* |
| Payment for Trustee Fees | | $7,031.51 |
| Payment for Administrative Expense Claims of Professionals | | $26,704.14 |

L.B.F. 3022-1.1 (12/17)                                                                                                                                   Page 1

\* Poudre Valley REA's representative informed the Debtor that the pre-petition claim of $9,478.82 is no longer owed.

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| Cash Payment | $8,000.00 | Highroad Roofing<br>6305 North Co Road 3,<br>Fort Collins, CO 80524 | September 26, 2022 |
| Cash Payment | $1,000,000 | RH Fund XXII, LLC8375 Southwest Beaverton Hillsdale Highway, Portland, OR 97225 | September 26, 2022 |
| Cash Payment | $5,000.00 | RH Fund XXII, LLC8375 Southwest Beaverton Hillsdale Highway, Portland, OR 97225 | September 28, 2022 |
| Cash Payment | $5,000.00 | Blue Mountain Holdings, LLC*<br>8375 Southwest Beaverton Hillsdale Highway, Portland, OR 97225<br>*Effective as of October 12, 2022, RH Fund XXII assigned all interests in its secured claim to Blue Mountain Holdings LLC. | October 18, 2022 |
| Cash Payment | $5,000.00 | Blue Mountain Holdings, LLC<br>8375 Southwest Beaverton Hillsdale Highway, Portland, OR 97225 | November 16, 2022 |
| Cash Payment | $5,000.00 | Blue Mountain Holdings, LLC<br>8375 Southwest Beaverton Hillsdale Highway, Portland, OR 97225 | December 16, 2022 |
| Cash Payment | $5,000.00 | Blue Mountain Holdings, LLC **<br>8375 Southwest Beaverton Hillsdale Highway, Portland, OR 97225 | January 17, 2023 |
| Cash Payment | $25,909.11 | FIRST Insurance Funding<br>PO Box 7000, Carol Stream, IL 60197 | October 14, 2022 |
| Cash Payment | $25,909.11 | FIRST Insurance Funding<br>PO Box 7000, Carol Stream, IL 60197 | November 14, 2022 |
| Cash Payment | $25,909.11 | FIRST Insurance Funding**<br>PO Box 7000, Carol Stream, IL 60197 | December 14, 2022 |
| Cash Payment | $10,204.24 | Total Fire Protection, Inc<br>5385 Patterson Avenue Southeast, Grand Rapids, MI 49512 | September 27, 2022 |
| Cash Payment | $9,594.30 | Glanz Electric<br>1713 Lincoln Ave Suite A1,<br>Fort Collins, CO80524 | November 30, 2022 |

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| Cash Payment | $379.50 | Jacob Kyle<br>22 Mechanic Street, Unit A,<br>Provincetown, MA 02657 | December 7, 2022 |
| Cash Payment | $10,341.34 | Poudre Valley Co-Op Association<br>225 Northwest Frontage Road,<br>Fort Collins, CO 80524 US | September 27, 2022 |
| Cash Payment | $5,800.00 | RLR LLP<br>1235 Riverside Avenue,<br>Fort Collins, CO 80524 | November 30, 2022 |
| Cash Payment | $610.50 | Williams Weese Pepple & Ferguson PC<br>1801 California Street Suite 3400,<br>Denver, CO 80202 | December 8, 2022 |
| Cash Payment | $7,031.51 | Joli Lofstedt PC<br>PO BOX 270561, Louisville, CO 80027 | November 22, 2022 |
| Cash Payment | $7,421.64 | Alexander Halpern LLC<br>1345 Spruce Street 2nd Floor,<br>Boulder, CO 80302 | December 1, 2022 |
| Cash Payment | $7,325.00 | Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Suite 1950,<br>Denver, CO 80203 | December 1, 2022 |
| Security Retainer | $4,780.00 | Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Suite 1950, Denver, CO 80203 | December 1, 2022 |
| Security Retainer | $7,177.50 | Cordes & Company<br>5299 DTC Blvd, Suite 600<br>Greenwood Village, CO 80111 | December 1, 2022 |
| Cash Payment | $353.67 | Michael Gayner**<br>151 Shambhala Way,<br>Red Feather Lakes, CO 80545 | December 28, 2022 |
| Cash Payment | $4,483.84 | Felice Owens**<br>4251 Peach Way,<br>Boulder, CO 80301 | December 28, 2022 |
| Cash Payment | $3,967.96 | Robert King and Lindy King**<br>2200 Topaz Drive,<br>Boulder, CO 80304 | December 28, 2022 |
| Cash Payment | $30,441.34 | Internal Revenue Service<br>1999 Broadway, M/S 5012DEN<br>Denver, CO 80202-3025 | February 28, 2023 |

** The Debtor expects to continue making payments as and when required under the terms of the Amended Red Hills Loan Documents, Restructured Owens Note, Restructured Unsecured Notes, Restructured SUSA Note, and premium financing agreements with First Insurance Funding.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

DRALA MOUNTAIN CENTER (f/k/a SHAMBHALA MOUNTAIN CENTER), a Colorado non-profit corporation

EIN: 84-1535130

Debtor.

Chapter 11, Subchapter V

Case No. 22-10656 (JGR)

**SCHEDULE C**

Payments completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

1. Trustee's commissions and expenses — $7,031.51
2. Accountant's fees — $7,177.50
3. Auctioneer's fees — $
4. Appraiser's fees — $
5. Attorney's fees
   a. for creditors' committee — $
   b. for trustee — $
   c. for debtor — $12,105.00
   d. other attorney's fees — $7,421.64
6. Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) — $
7. Other non-operating costs of administration (itemize on attached document) — $
8. **Total administrative payments/fees and taxes** — **$33,735.65**

**Other Priority Payments:**

1. Post involuntary petition/pre-relief claims — $
2. Wages, etc. — $
3. Contributions to employee benefit plans — $
4. Deposits for undelivered service or property — $

5. Taxes (11 U.S.C. § 507(a)(8))  $ 

**6. Total other priority payments:**  $ 

**Other Payments Completed Under the Plan:**

1. Payments to secured creditors  $1,115,211.17

2. Payments to unsecured creditors  $4,321.63

3. Payments to equity holders  $ 

4. Other distributions (including administrative convenience claims)  $36,929.88

**5. Total other payments completed under the plan**  **$1,156,462.68**