Exhibit 8

**POST CONFIRMATION QUARTERLY REPORT**

DEBTOR(S): Drala Mountain Center

CASE NO: 22-10656-JGR

FOR QUARTER ENDED: June 30, 2023

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER ............................................. $416,742 (1)
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES ......................... 747,862
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS ...... (819,619)
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) ... $344,985 (1)

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ | $ 7,031.51 | $ |
| | Plan Trustee Expense | | | |
| | Attorney Fees - Trustee | | | |
| | Attorney Fees - Debtor | | 19,526.64 | |
| | Other Professionals | | 7,177.50 | |
| | Other Administrative Expenses | | | |
| | TOTAL ADMINISTRATIVE EXPENSES | $ | $ 33,735.65 | $ |
| 2. | SECURED CREDITORS | $ 19,486.84 | $ 1,149,178.85 | $ 4,591,606.02 |
| 3. | PRIORITY CREDITORS | $ | $ | $ 30,441.34 |
| 4. | UNSECURED CREDITORS | $ 3,697.96 | $ 18,250.96 | $ 306,018.28 |
| 5. | EQUITY SECURITY HOLDERS | $ | $ | $ |
| 6. | OTHER: | $ | $ 36,929.88 | $ 36,929.88 |
| | **TOTAL PLAN PAYMENTS (lines 1 - 6)** | $ 23,451.80 | $ 1,238,095.34 | $ 4,974,474.34 |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: | $ | | |

PLAN STATUS:    Yes  No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   ☐ ☑
2. Are all post-confirmation obligations current? (If no, attach explanation.)   ☑ ☐
3. Projected date of application for final decree: January 23, 2023

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

Drala Mountain Center
Reorganized Debtor
By: *Kevin Suh* (signature)
CFO
Title

Email & Phone: ksuh@dralamountain.org

(1) Cash balances include retainers held by professionals (i.e. COLTAF accounts).

Page 38
Rev. 12/31/2019

# Post Confirmation Quarterly Report Dated as of June 30, 2023

## Explanation for Questions 1

**1. Have all payments been made as set forth in the confirmed plan?**

No, the following claims have not been paid.

- The Debtor was credited with an overpayment of $30,070.56 resulting from an amended payroll tax return, and anticipates that this amount will be applied to the priority claim of $30,441.34, with the remaining balance to be paid to the IRS in the third quarter.

- Poudre Valley REA's representative informed the Debtor that the pre-petition claim of $9,478.82 is no longer owed.