# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DRALA MOUNTAIN CENTER (f/k/a SHAMBHALA MOUNTAIN CENTER), a Colorado non-profit corporation<br><br>EIN: 84-1535130<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 22-10656 (JGR) |

### ORDER GRANTING DEBTOR'S APPLICATION FOR ENTRY OF A FINAL DECREE AND MOTION TO CLOSE THE BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 350 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022

Upon the motion (the "Motion")[1] of Drala Mountain Center (f/k/a Shambhala Mountain Center) (the "Debtor") in the above-captioned Subchapter V Case, for an order (this "Order") for the entry of a final decree and to close the Subchapter V Case pursuant to section 350 of the Bankruptcy Code, section 1106(a)(7) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as set forth herein. Any objections to the Motion with respect to the entry of this Order that have not previously been withdrawn, waived, or otherwise resolved are hereby denied and overruled.

2. The Subchapter V Case is hereby CLOSED, effective as of the date hereof, without prejudice to the rights of the Debtor to seek to reopen the Subchapter V Case for good cause shown.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Dated: _____August 10\_, 2023
       Denver, Colorado

_____
HON. JOSEPH G. ROSANIA, JR.
UNITED STATES BANKRUPTCY JUDGE

2